UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUL 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)  2:10CR00525-01
v. )  **ORDER REDUCING TERM**
)  **OF SUPERVISED RELEASE FOR**
)  **SUCCESSFUL COMPLETION OF**
SAMUEL ARANDA )  **REENTRY COURT**
)

On August 23, 2012, the releasee was accepted as a participant in the Reentry Court. In accordance with Title 18 USC 3583(e)(1), the Court ORDERS that Samuel ARANDA's 5 year term of supervised release, imposed on September 16, 2009, is hereby reduced by one year, for a 4 year term, following his successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 USC 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

**THE REENTRY COURT TEAM RECOMMENDS** that the releasee's term of supervised release is reduced by one year, with a new termination date of November 3, 2013, due to his successful completion of the Reentry Court Program.

7/18/2013
Date

_Carolyn Delaney_
The Honorable Carolyn K. Delaney
U.S. Magistrate Judge

**IT IS SO ORDERED** that the releasee's term of supervised release is reduced by one year, with a new termination date of November 3, 2013, due to his successful completion of the Reentry Court Program.

7/18/2013
Date

_William B. Shubb_
The Honorable William B. Shubb
U.S. District Judge

US vs.

Rev. 08/2012
REENTRY COURT_ORDER TERMINATING.WPD